UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Kevin Paul Ladach,

                Plaintiff(s),

v.                                      Case No. 2:17–cv–10554–NGE–RSW
                                              Hon. Nancy G. Edmunds

City of Romulus d/b/a City of
Rolumus Police Department, et al.,

                Defendant(s),

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge R. Steven Whalen pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**

                s/Nancy G. Edmunds
                Nancy G. Edmunds
                United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                s/L. Bartlett
                Case Manager

Dated: August 24, 2018