UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN PAUL LADACH,

    Plaintiff,

v.

CITY OF ROMULUS, a Michigan municipal Corporation, d/b/a CITY OF ROMULUS POLICE DEPARTMENT, JADIE SETTLES, in his individual and official capacity and DERRAN SHELBY, in his individual and official capacity,

    Defendants.
_____/

CASE NO.:  2:17-cv-10554
HON. NANCY G. EDMUNDS
MAG. JUDGE R. STEVEN WHALEN

## STIPULATED ORDER FOR DISMISSAL OF DEFENDANTS, JADIE SETTLES AND DERRAN SHELBY, ONLY

**THE PARTIES HERETO HAVING STIPULATED AND AGREED,** by and through their respective counsel, to the dismissal of Defendants, **JADIE SETTLES, in his individual and official capacity and DERRAN SHELBY, in his individual and official capacity, only,** from the above-entitled cause of action, with prejudice, without costs, interest or attorney fees, and with no settlement being made on their behalf; and the court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Defendants, **JADIE SETTLES, in his individual and official capacity and DERRAN SHELBY, in his individual and official capacity**, **only**, be and are hereby dismissed as parties to the above-entitled cause of action, with prejudice, without costs, interest or attorney fees, and with no settlement being made on their behalf.

**IT IS SO ORDERED.**

                                               s/ Nancy G. Edmunds
                                               **Nancy G. Edmunds**
                                               **U.S. DISTRICT COURT JUDGE**

**APPROVED AS TO FORM AND CONTENT:**

| By */s/Joel B. Sklar (w/consent)* | By */s/Audrey J. Forbush* |
|---|---|
| JOEL B. SKLAR (P38338) | AUDREY J. FORBUSH (P41744) |
| Attorney for Plaintiff | Attorney for Defendants |

Open.00560.71044.21373433-1