UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN PAUL LADACH,

       Plaintiff,                CASE NO.: 2:17-cv-10554
                                       HON. NANCY G. EDMUNDS

v.                                     MAG. JUDGE R. STEVEN WHALEN

CITY OF ROMULUS, a Michigan municipal
Corporation, d/b/a CITY OF ROMULUS
POLICE DEPARTMENT,

       Defendant.
_____/

**THE PARTIES HERETO HAVING STIPULATED AND AGREED,** by and through their respective counsel, to the dismissal of above-entitled cause of action, with prejudice, without costs, interest or attorney fees to either party; and the court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled cause of action be and the same is hereby dismissed with prejudice and without costs, interest or attorney fees to either party.

This resolves the last pending claims in this matter and closes the case.

**IT IS SO ORDERED.**

                                              s/ Nancy G. Edmunds
                                              NANCY G. EDMUNDS
                                              **U.S. DISTRICT COURT JUDGE**

2

**APPROVED AS TO FORM AND CONTENT:**

By */s/Joel B. Sklar (w/consent)*　　　By */s/Audrey J. Forbush*
　JOEL B. SKLAR  (P38338)　　　　　　AUDREY J. FORBUSH  (P41744)
　Attorney for Plaintiff　　　　　　　　Attorney for Defendants

Open.00560.71044.21373475-1